# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 23, 2022

Lyle W. Cayce
Clerk

No. 22-40385
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Alfredo Juarez-Perez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:21-CR-534-1

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Alfredo Juarez-Perez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Juarez-Perez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

---

* This opinion is not designated for publication. See 5th Circuit Rule 47.5.

No. 22-40385

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.